ACCEPTED
01-15-00759-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 1:26:11 PM
CHRISTOPHER PRINE
CLERK

**NO. 01-15-00759-CV**

**IN THE**
**FIRST {1ST} COURT OF APPEALS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/22/2015 1:26:11 PM

CHRISTOPHER A. PRINE
Clerk

**ADA U. BROWN, Appellant**

**v.**

**BRIGHT O. WOKOCHA, Appellee**

**ON Appeal from the 387TH District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13- DCV-208648**

**Appellant's Motion for Extension To File Partial Reporter's Record.**

**James O. Okorafor**
**Attorney for Appellant**
**State Bar No. 15241710**
**10101 Fondren Rd. Suite 260**
**Houston, Texas 77096**

**TO THE HONORABLE JUSTICES:**

1

Appellant respectfully ask the Court to extend the time for the filing of her Reporter's and for counsels to use the extension to discuss agreement regarding the Clerk's Record.:

1. On December 21, 2015, Appellant paid for designated Clerk's Record.

2. Appellant believes that said designated Clerk's Record are sufficient to resolve the limited issues on appeal. Appellant, via her counsel, would continue discussions with Appellee counsel such that there is, finally, an Agreed Record. TRAP 34.2.

3. The case was tried before the Associate Judge without a Court Reporter. However, the proceedings were **tape recorded**. The trial was unduly fractured over a protracted period of time. Because of these factors, it has been challenging to arrange for a Reporter's Record. Recently, Appellant has been able to contact a Mr. Roger Adair ( a Court Reporter with the Fort Bend Civil Court) who would be able to prepare the Reporter's Record. As with the Clerk's Record, **a partial reporter's record** would be sufficient to resolve the issues on appeal. Therefore, as allowed by TRP 34.6 (c) (1), Appellant respectfully requests the Court to permit her to file a Partial Reporter's Record. The issues on appeal are in Appellant's Motion to

Modify which is part of the designated Clerk's Record and is herein incorporated by reference.

4. Appellants respectfully pray that the Court grant this motion and extend the time for filing a Partial Reporter's Record by thirty (30) days.

## AFFIRMATION OF ATTORNEY JAMES O. OKORAFOR

**I, James O. Okorafor, affirm that I drafted this Motion and that all of the facts contained herein true and correct and are based on my personal knowledge.**
**\S\**
**JAMES O. OKORAFOR**


Respectfully Submitted:


*/s/ James O. Okorafor*
James O. Okorafor
SBOT # 15241710
10101 Fondren, Suite 260
Houston, Texas 77096
TEL No: (713) 839-9700; email: laws@joolaws.com
Attorney for Appellant {Ms. Brown}.

## CERTIFICATE OF CONFERENCE

I certify that on December 21, 2015, I conferred with Attorney Ijeoma Opara, attorney for Appellee regarding this Motion. She is NOT opposed to the extension of time.

*/s/ James O. Okorafor*

James O. Okorafor.

## **CERTIFICATE OF COMPLIANCE**

This will certify that the foregoing Motion complied with the length requirements of Tex. R. App. P. 9.4(i). The foregoing document is 466 words long.

*/s/ James O. Okorafor*

James O. Okorafor.

## **CERTIFICATE OF SERVICE**

I certify that this document was served on Appellee's' counsel of record via the Electronic Case Manager on December 22, 2015.

*/s/ James O. Okorafor*

James O. Okorafor.